| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| APV TRADE SOLUTION, LTD, d/b/a<br>DESIRE DELUXE<br><br>                              Plaintiff,<br><br>-against-<br><br><br>HUTTON TOYS, LLC<br><br>                              Defendants, | Case No. 22-CV-00232 (PKC)<br><br><br>**MOTION FOR ADMISSION FOR PRO HAC VICE** |

Pursuant to Rule 1.3 of the Local Rule of the United States Courts for the Southern and Eastern Districts of New York, Christopher W. Niro hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant, Hutton Toys, LLC, in the above-captioned action.

I am in good standing of the bar of the state of Illinois and there are no pending disciplinary Proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: March 3, 2022

                                                                                  Respectfully submitted,

                                                                                  /s/ Christopher W. Niro

Christopher W. Niro, Esq.
Aronberg Goldgehn Davis & Garmisa
330 North Wabash Avenue
Suite 1700
Chicago, IL 60611
(312) 755-3161
cniro@agdglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 3, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court, Southern District of New York using the CM/ECF system, which will send notification of such filing to all counsel of record.

      By: /s/ Christopher W. Niro