| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| APV TRADE SOLUTION, LTD, d/b/a<br>DESIRE DELUXE<br><br>                              Plaintiff,<br><br>-against-<br><br><br>HUTTON TOYS, LLC<br><br>                              Defendants, | Case No. 22-CV-00232 (PKC)<br><br><br>**ORDER FOR ADMISSION<br>PRO HAC VICE** |

   The motion of Christopher W. Niro, for admission to practice Pro Hac Vice in the above-captioned is granted.

   Applicant has declared that he is a member in good standing of the bar of the state of Illinois; and that his contact information is as follows:

>   Christopher W. Niro, Esq.
>   Aronberg Goldgehn Davis & Garmisa
>   330 North Wabash Avenue
>   Suite 1700
>   Chicago, IL 60611
>   (312) 755-3161
>   cniro@agdglaw.com

   Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for Defendant Hutton Toys, LLC in the above-entitled action;

   IT IS HEREBY ORDERED that Applicant is admitted to practice Pro Hac Vice in the above-captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: _____

                                                                  _____
                                                                  United States District/Magistrate Judge