| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| APV TRADE SOLUTION, LTD, d/b/a<br>DESIRE DELUXE<br><div align="right">Plaintiff,</div><br>-against-<br><br>HUTTON TOYS, LLC<br><div align="right">Defendants,</div> | Case No. 22-CV-00232 (PKC)<br><br>**AFFIDAVIT IN SUPPORT OF MOTION TO ADMISSION PRO HAC VICE** |

I, Christopher W. Niro, I am over the age of 18 years old and hereby provide this affidavit in support of my motion for admission to practice Pro Hac Vice to appear as counsel for Hutton Toys, LLC in the above-captioned action. I swear pursuant to the penalties of perjury that the following statements are true and accurate.

1) I have never been convicted of a felony.

2) I have never been censured, suspended, disbarred or denied admission or readmission by any court.

3) There are no disciplinary proceedings currently pending against me.

Dated: March 3, 2022

_____
Christopher W. Niro

SIGNED AND SWORN to before
me this 3rd day of March, 2022

_____

"OFFICIAL SEAL"
MICHELE C. OLSON
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 7/19/2023